IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )       8:13CR192
                              )
      v.                      )
                              )
SHELBY PARTRIDGE,             )       ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 21).  Subject to the filing of a written waiver of speedy trial, the motion will be granted.  Accordingly,

IT IS ORDERED that trial of this matter is scheduled for:

**Tuesday, September 10, 2013, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare for trial, and it will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between July 16, 2013, and September 10, 2013, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 10th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court