IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )     8:13CR192
                             )
      v.                     )
                             )
SHELBY PARTRIDGE,            )     ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to continue trial (Filing No. 32).  After hearing before the Court at which time defendant waived indictment (Filing No. 36) and an information (Filing No. 34) was filed,

IT IS ORDERED that plaintiff's motion is denied.  Trial of this matter remains scheduled for:

**Tuesday, September 10, 2013, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 28th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court