IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR192 |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT OF ACQUITTAL |
| SHELBY PARTRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having entered a plea of not guilty as to Counts II and III of the information, and the jury having found the defendant not guilty,

IT IS ORDERED that judgment of acquittal is entered as to Counts II and III of the information and the defendant is discharged as to these counts.

DATED this 8th day of November, 2013.

BY THE COURT:

s/ Lyle E. Strom, Senior Judge
United States District Court