IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )      8:13CR192
                             )
     v.                      )
                             )
SHELBY PARTRIDGE,            )      ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 73). The Court finds the unopposed motion should be granted. Accordingly,

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Thursday, April 24, 2014, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 5th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court