IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR192 |
| | ) | |
| v. | ) | |
| | ) | |
| SHELBY PARTRIDGE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motions to restrict (Filing No. 72 and Filing No. 74). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that defendant's motions are granted. The documents identified in the motions are filed as restricted, subject to further order of the Court.

DATED this 5th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court